UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROP, et al.,

    Plaintiffs,

v.

FEDERAL HOUSING FINANCE
AGENCY, et al.,

    Defendants.
                                            /

File No. 1:17-CV-497

HON. PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Opinion and Order entered this date,

**IT IS ORDERED THAT** Plaintiffs' complaint is **DISMISSED** for failure to state a claim.

Dated: September 8, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge