# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: November 28, 2022

Ms. Ann E. Filkins  
U.S. District Court  
for the Western District of Michigan at Grand Rapids  
110 Michigan Street, N.W.  
Suite 399 Federal Building  
Grand Rapids, MI 49503-0000

Re: Case No. 20-2071, *Michael Rop, et al v. Federal Housing Finance Agency, et al*  
Originating Case No. 1:17-cv-00497

Dear Ms. Filkins:

   Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Patricia J. Elder, Senior Case Manager
                                for Jill Colyer, Case Management Specialist

cc:  Mr. Brian W. Barnes  
     Mr. Howard N. Cayne  
     Mr. Charles J. Cooper  
     Mr. Robert J. Katerberg  
     Mr. Peter A. Patterson  
     Mr. John D Ramer  
     Mr. Gerard Sinzdak  
     Mr. David H. Thompson  
     Ms. Asim Varma  
     Ms. Abby Christine Wright

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-2071

_____

Filed: November 28, 2022

MICHAEL ROP; STEWART KNOEPP; ALVIN WILSON

      Plaintiffs - Appellants

v.

FEDERAL HOUSING FINANCE AGENCY; U.S. DEPARTMENT OF THE TREASURY; SANDRA L. THOMPSON, in her official capacity as Director of the Federal Housing Finance Agency

      Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 10/04/2022 the mandate for this case hereby issues today.

COSTS:  None