**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL ROP, *et al.*,

Plaintiffs,

v.

THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,

Defendants.

Case No. 1:17-cv-00497

**FHFA DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**
**(ORAL ARGUMENT REQUESTED)**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants the Federal Housing Finance Agency ("FHFA"), as Conservator for Fannie Mae and Freddie Mac, and FHFA Director William J. Pulte[1] (together, the "FHFA Defendants"), respectfully move for an order entering judgment for FHFA Defendants on Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief. The points and authorities supporting FHFA's motion to dismiss are more fully set forth in the brief being filed contemporaneously with this motion.

[1] The FHFA Defendants are FHFA and its Director William Pulte in his official capacity as Director. Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Pulte in his official capacity should be substituted for former Director Mark Calabria.

Pursuant to Local Civil Rule 7.1(d), counsel for the FHFA Defendants contacted Plaintiffs' counsel on March 25, 2025, inquiring whether Plaintiffs would concur in this Motion. Plaintiffs' counsel responded that they oppose the Motion.

WHEREFORE, the FHFA Defendants respectfully request that the Court grant their motion and enter judgment on the pleadings in their favor.

Dated: March 27, 2025

Respectfully submitted,

/s/ D. Andrew Portinga
D. Andrew Portinga (P55804)
MILLER JOHNSON
45 Ottawa Avenue SW, Ste. 1100
Grand Rapids, MI 49503
Telephone: (616) 831-1700
portingaa@millerjohnson.com

Robert J. Katerberg (D.C. Bar No. 466325)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Robert.Katerberg@arnoldporter.com

*Attorneys for FHFA Defendants*