UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ROP, *et al.*,<br>Plaintiffs,<br><br>-v-<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br>Defendants. | ) | No. 1:17-cv-497<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The court has resolved all pending claims and, therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 11, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge